# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEIDI SURMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 17-184 |
| ) | Judge Nora Barry Fischer |
| ) | |
| UPMC PRESBYTERIAN SHADYSIDE ) | |
| (UPMC), ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

AND NOW this 9th day of October, 2018, in accordance with the foregoing Memorandum Opinion.

IT IS HEREBY ORDERED that Defendant UPMC Presbyterian Shadyside's (UPMC) Motion for Summary Judgment [73] is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall file her Pretrial Statement by **October 23, 2018**;

IT IS FURTHER ORDERED that Defendant shall file its Pretrial Statement by **November 6, 2018**;

FINALLY, IT IS ORDERED, that a Status Conference is scheduled for **Tuesday, November 13, 2018 at 4:00 p.m.** in Courtroom 5B before Judge Nora Barry Fischer. Lead trial counsel and party representatives with full settlement authority and any necessary insurance representatives, shall be present, in person, for such Status Conference.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Court Judge

cc/ecf: All counsel of record.