IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEIDI SURMAN, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 2:17-cv-00184-NBF |
| v. | ) ) |
| UPMC PRESBYTERIAN SHADYSIDE (UPMC) | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

AND NOW, this 24th day of April 2019, pursuant to the joint request of the parties, IT IS ORDERED that the Complaint and this action are hereby dismissed, *with prejudice*. Each side is to bear its own costs and attorneys' fees.

SO ORDERED:

_/s/ Nora Barry Fischer_
Honorable Nora Barry Fischer